documentation within ten days of filing of the bill.

PFEIFER, O'CONNOR, and O'DONNELL, JJ., dissent and would not award attorney fees.

**2008–0152.   State ex rel. Baker v. Tri–Rivers Educational Computer Assn.**
In Mandamus. On motion to dismiss. Sua sponte, an alternative writ is granted and the following briefing schedule is set for presentation of evidence and filing of briefs pursuant to S.Ct.Prac.R. X:

The parties shall file any evidence they intend to present within 20 days of the date of this entry; relator shall file a brief within ten days of the filing of the evidence; respondents shall file a brief within 20 days after the filing of relator's brief; and relator may file a reply brief within ten days after filing of respondents' brief.

MOYER, C.J., and O'DONNELL and LANZINGER, JJ., dissent and would dismiss the cause.

**2008–0273.   State v. Blandin.**
Allen App. No. 1–06–107, 2007-Ohio-6418. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, O'DONNELL, and LANZINGER, JJ., dissent.

**2008–0279.   State v. Diaz.**
Lucas App. No. L–05–1381, 2007-Ohio-4480. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2008–0283.   Ohio Edison Co. v. Williams.**
Summit App. No. 23530, 2007-Ohio-5028. On emergency motion for stay of court of appeals' judgment. Motion denied.

**2008–0290.   State v. Frazer.**
Cuyahoga App. No. 89097, 2007-Ohio-5954. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, LANZINGER, and CUPP, JJ., dissent.

**2008–0299.   State v. Brown.**
Darke App. No. 1700, 2007-Ohio-4544. On motion for leave to file delayed appeal. Motion denied.
PFEIFER, J., dissents.

**2008–0313.   State v. Rosemond.**
Hamilton App. No. C–060578, 2007-Ohio-6333. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and O'DONNELL, JJ., dissent.

**2008–0317.   State v. Wade.**
Lucas App. No. L–07–1198, 2007-Ohio-6891. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR and LANZINGER, JJ., dissent.

**2008–0335.   State v. Bevins.**
Hamilton App. No. C–050754, 2006-Ohio-6974. On motion for leave to file delayed appeal. Motion denied.

**2008–0336.   State v. Howald.**
Union App. No. 14–07–25, 2007-Ohio-6152. On motion for leave to file delayed appeal. Motion denied.
PFEIFER and LUNDBERG STRATTON, JJ., dissent.

**2008–0340.   State v. Land.**
Auglaize App. No. 2–07–20, 2007-Ohio-6963. On motion for leave to file delayed appeal. Motion granted.
O'CONNOR, J., dissents.

**2008–0341.   State v. Berry.**
Franklin App. No. 06AP–45, 2006-Ohio-5875. On motion for leave to file delayed appeal. Motion denied.

**2008–0353.   State v. Kepiro.**
Franklin App. No. 06AP–1302, 2007-Ohio-4593. On motion for leave to file delayed appeal. Motion